**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DION TURNER, | Case No. LA CV 15-9843-VBF (LAL) |
| Petitioner, | **ORDER** |
| v. | **Adopting Report & Recommendation:** |
| | **Denying the Habeas Corpus Petition and Dismissing the Action With Prejudice;** |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | **Directing Entry of Separate Judgment; Terminating the Action (JS-6)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Habeas Corpus Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. Finding no defect of law, fact, or logic in the R&R, the Court will accept the Magistrate Judge's findings and conclusions and implement her recommendations. Accordingly, IT IS ORDERED THAT:

The Report and Recommendation is **ADOPTED**.

The petition for a writ of habeas corpus is **DENIED**.

Separate final judgment shall be entered consistent with this Order and with the R&R;

This action is **TERMINATED** and closed (JS-6).

Dated: January 17, 2018

_____
Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge