JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION TURNER,<br><br>       Petitioner,<br><br>    v.<br><br>WILLIAM MUNIZ, Warden,<br><br>       Respondent. | Case No. LA CV 15-09843-VBF (LAL)<br><br>**JUDGMENT** |

   Pursuant to this Court's Order Adopting the Report and Recommendation of United States Magistrate Judge Lamothe and Denying the Habeas Corpus Petition, **final judgment is hereby entered in favor of the respondent warden and against petitioner Dion Turner.**

Dated: January 17, 2018

_Valerie Baker Fairbank_
_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge